# Exhibit A



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

ROD R. BLAGOJEVICH
Governor

FERNANDO E. GRILLO
Secretary

DANIEL E. BLUTHARDT
Acting Director
Division of Professional Regulation

## CERTIFICATION OF PROCEEDINGS

I, Mercedes Biddle, Keeper of the Record, Clerk of the Court, Department of Financial & Professional Regulation of the State of Illinois: Division of Professional Regulations. Do hereby certify that a search of the records was conducted and state that this is a true and correct copy of the records, in re: IDFPR vs. JOSEPH MERCOLA, Case File No. 2001-4904-1, to the best of my knowledge.

IN WITNESS THEREOF, I have hereunto set my hand and caused to be affixed the seal of the DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION OF THE STATE OF ILLINOIS: DIVISION OF PROFESSIONAL REGULATIONS.

DATE: ___AUGUST 5TH, 2005_____

*Mercedes Biddle*
Mercedes Biddle
Keeper of the Record
Clerk of the Court



www.idfpr.com

# IN RE: Department of Financial & Professional Regulation

## vs.

## Joseph Mercola

## Case No. 2001-4904-1

# INDEX

IDFPR NOTICE OF PRELIMINARY
HEARING & COMPLAINT
    DATED 06/09/04............................................................1

RESPONDENT'S APPEARANCE
    DATED 06/18/04............................................................8

RESPONDENT'S MOTION FOR ADDITIONAL TIME
    DATED 06/18/04............................................................10

ADMINISTRATIVE LAW JUDGE'S ORDER
SIGNED BY BETTINA GEMBALA
    DATED 06/22/04............................................................12

IDFPR NOTICE OF FILING &
AMENDED COMPLAINT w/EXHIBIT "A", "B", "C", "D"
    DATED 08/06/04............................................................13

RESPONDENT'S MOTION TO DISMISS COMPLAINT
    DATED 08/10/04............................................................34

RESPONDENT'S SECOND MOTION FOR ADDITIONAL
TIME TO ANSWER OR OTHERWISE PLEAD
    DATED 08/18/04............................................................49

ADMINISTRATIVE LAW JUDGE'S
ORDER FOR CONTINUANCE
SIGNED BY BETTINA GEMBALA
    DATED 08/23/04............................................................52

RESPONDENT'S MOTION TO DISMISS AMENDED
COMPLAINT BASED ON AFFIRMATIVE MATTERS
THAT AVOID THE CLAIMS
    DATED 09/17/04............................................................53

ADMINISTRATIVE LAW JUDGE'S ORDER
SIGNED BY BETTINA GEMBALA
    DATED 10/08/04............................................................69

IDFPR NOTICE OF FILING &
 DEPARTMENT'S RESPONSE TO MOTION
 TO DISMISS AMENDED COMPLAINT
  DATED 10/14/04............................................70

RESPONDENT'S REPLY TO IDFPR'S RESPONSE
 TO DR. MERCOLA'S MOTION TO DISMISS
 AMENDED COMPLAINT w/ EXHIBIT "A"
  DATED 12/10/04............................................77

ADMINISTRATIVE LAW JUDGE'S ORDER
 SIGNED BY LUCIA A. KUBIATOWSKI
  DATED 01/04/05............................................96

RESPONDENT'S MOTION TO RECONSIDER
 ORDER DENYING MOTION TO DISMISS AMENDED
 COMPLAINT w/APPENDIX #1
  DATED 02/03/05............................................98

ADMINISTRATIVE LAW JUDGE'S ORDER
 SIGNED BY LUCIA A. KUBIATOWSKI
  DATED 02/18/05...........................................105

IDFPR NOTICE OF FILING & DEPARTMENT'S
 RESPONSE TO MOTION TO RECONSIDER ORDER
 DENYING MOTION TO DISMISS AMENDED COMPLAINT
  DATED 02/18/05...........................................106

RESPONDENT'S REPLY TO IDFPR'S RESPONSE
 TO RESPONDENT'S MOTION TO RECONSIDER
  DATED 03/07/05...........................................113

ADMINISTRATIVE LAW JUDGE'S
 ORDER FOR CONTINUANCE
 SIGNED BY LUCIA A. KUBIATOWSKI
  DATED 03/14/05...........................................121

RESPONDENT'S MOTION FOR EXTENSION
 OF TIME TO ANSWER OR OTHERWISE PLEAD
  DATED 04/29/05...........................................122

ADMINISTRATIVE LAW JUDGE'S ORDER
 SIGNED BY LUCIA A. KUBIATOWSKI
  DATED 05/04/05...........................................125

RESPONDENT'S MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD
DATED 06/06/05.................................................... 126

ADMINISTRATIVE LAW JUDGE'S
ORDER FOR CONTINUANCE
SIGNED BY MICHAEL J. LYONS
DATED 06/13/05.................................................... 128

RESPONDENT'S REQUEST FOR BILL OF PARTICULARS
DATED 07/18/05.................................................... 129

STATE OF ILLINOIS

DEPARTMENT OF PROFESSIONAL REGULATION

DEPARTMENT OF PROFESSIONAL REGULATION )
of the State of Illinois, Complainant )
        v. )
       )
JOSEPH M. MERCOLA, D. O. )
License No. 036-~~06066597~~ )
        0066597

RECEIVED
DEPARTMENT OF
PROFESSIONAL REGULATION
04 JUN -9 PM 3:59
ADJUDICATIVE SERVICES
No.: 2001-04904-1

## NOTICE OF PRELIMINARY HEARING

To:   Joseph M. Mercola, D. O.
       1443 W. Schaumburg Road
       Schaumburg, IL 60194

      PLEASE TAKE NOTICE that on **August 23, 2004**, at **9: 30 a.m.**, you are directed to appear before **an Administrative Law Judge** of the Department of Professional Regulation of the State of Illinois, 100 West Randolph St., Chicago, IL, 60601, suite 9-300, at which time a hearing date will be set. You are requested to then and there present all routine motions you may wish to have heard regarding the charges contained in the attached Complaint, which is incorporated into this notice. Any motions presented on the preliminary hearing date should be served on the Adjudicative Services Unit of the Department of Professional Regulation at the above listed office, at least three business days in advance of the scheduled preliminary hearing.

      **Your appearance on August 23, 2004 is mandatory and failure to appear may result in the selection of a hearing date in your absence, unless you have secured a continuance in advance of the preliminary hearing date.** Your appearance may be made personally or through counsel. Counsel must represent corporations.

      It is required that you file a WRITTEN ANSWER to the attached Complaint under oath within twenty (20) days after service of the Complaint. If you fail to file said Answer within the twenty day time period, default will be taken against you and your license may be suspended, revoked, placed on probationary status, or have other disciplinary action, including limiting the scope, nature or extent of your practice, as the Department may deem proper with regard thereto.

RULES OF PRACTICE IN ADMINISTRATIVE HEARINGS IN THE DEPARTMENT OF PROFESSIONAL REGULATION and BEFORE COMMITTEES OR BOARDS OF THE DEPARTMENT are available upon request.

**DEPARTMENT OF PROFESSIONAL REGULATION**
**of the State of Illinois**

By: *Norman J. Lasko*

**Norman J. Lasko, Attorney**

**Norman J. Lasko**
Attorney for the Department of
Professional Regulation of the
State of Illinois
100 West Randolph St.
Suite 9-300
Chicago, IL 60601
**(312) 814-1690**

## Proof of Mailing

UNDER PENALTY of perjury, as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that I caused the attached Notice of Preliminary Hearing and Complaint be deposited in the United States mailbox located at 100 West Randolph St., Suite 9-300, Chicago, Illinois, 60601 and by mailing the same by certified mail at 100 West Randolph Street, Suite 9-300, Chicago, Illinois 60601, before 5:00 p.m. with proper postage prepaid on the 9th day of June, 2004 to all the parties listed on the Notice.

_____
AFFIANT

STATE OF ILLINOIS

DEPARTMENT OF PROFESSIONAL REGULATION

RECEIVED
DEPARTMENT OF
PROFESSIONAL REGULATION
04 JUN -9 PM 3:59
ADJUDICATIVE SERVICES

| | | |
|---|---|---|
| DEPARTMENT OF PROFESSIONAL REGULATION of the State of Illinois | Complainant | ) ) ) |
| v. | | ) No. 2004-04404-1 |
| JOSEPH M. MERCOLA, D.O. License No. 036-0066597 | Respondent | ) ) |

## COMPLAINT

NOW COMES THE DEPARTMENT OF PROFESSIONAL REGULATION of the State of Illinois, by its Chief of Medical Prosecution, Michael J. Lyons and as its Complaint against Joseph M. Mercola, D.O. Respondent, complains as follows:

### COUNT I

1. Joseph M. Mercola, D.O. is presently the holder of a Certificate of Registration as a Osteopathic Physician in the State of Illinois, License Number 036-66597 issued to Respondent by the Department of Professional Regulation of the State of Illinois (hereinafter the "Department"). Respondent's license is currently in active status.

2. Respondent caused the publication of false and potentially harmful medical advice on the web cite entitled www.mercola.com.

3. Respondent advertises his associate as Lina C. Garcia MMD, DDS Doctor of Medical Dentistry and Cranial Osteopathy. There is no doctorate of cranial osteopathy.

Page 1 of 4

0004

4. Respondent has used nonstandard and unproven therapies such as the use of Live Cell Microscopy performed by Jordan J.D., CNC. This test can supposedly find evidence of many illnesses and conditions.

5. Hair analysis claims are made on the web site which are refuted by recognized scientific studies.

6. Respondent's website claims that NST (Neurostructural Therapy) which is gentle non invasive touching and stretching the skin thru clothes in 2 directions, can result in dynamic body balance, dramatic results not merely relieving symptoms but addressing the root causes of most physical complaints. While claiming to cure nothing, a lengthy table and list of illnesses is provided with information that symptoms related to these illnesses frequently disappear after NST session. NST can resolve a plethora of health problems is the conclusion published on the site.

7. EFT (Emotional Freedom Technique) or psychological self acupuncture, claims to relieve emotional trauma that can affect physical health and is recommended by Respondent.

8. Treatment at his office with Ska Sys is available and is currently used by Respondent to neutralize some of the effects on vaccines in children with autism.

Page 2 of 4

CL0005

9. TFT (Thought Field Therapy), or energetic Psychotherapy 2, showed 90% success rate. Respondent claims working with TFT results in permanent improvements and cures.

10. PTSD, depression, phobias, anxiety, panic, addiction and more are treated by Respondent.

11. Respondent describes links between vaccination and death and suggests that patients ask public health officials why they are not tried as mass murderers. Milk is linked to autism and schizophrenia. No scientific tests are presented to validate these claims.

12. All of the claims listed on the Respondent's website are not supported by recognized authorities.

13. These actions or omissions as alleged are grounds for revocation, suspension, or other discipline to a Certificate of Registration pursuant to 225 ILCS (2000) 60/26 (2) (3) & ILCS (2000) 60/22 (A)-10, 225 ILCS (2000) 60/22 (A) 5.

WHEREFORE, based on these allegations, the DEPARTMENT OF PROFESSIONAL REGULATION of the State of Illinois, by Michael J. Lyons, its Chief of Medical Prosecutions, prays that the Physician and Surgeon license of Joseph M. Mercola, D.O. be suspended, revoked, or otherwise disciplined.

## COUNT II

1. Paragraph 1 of Count I is realleged as paragraph 1 of Count II.

2. Respondent publishes "My Vision" on his web page in which "he exposes the existing medical paradigm's techniques, habits, and messages that have put, and increasingly are putting, your health and the health of the American public in grave danger. By doing so, and by exposing the dishonorable motives – usually greed – that form the basis of the current establishment's methods. He hopes to eliminate some of the most treacherous barriers on your journey to optimal health."

3. These actions or omissions as alleged are grounds for revocation, suspension, or other discipline to a Certificate of Registration, pursuant to 225 ILCS (2000) 60/26 (2) (3) & 225 ILCS (2000) 60/22 (A) – 10.

WHEREFORE, based on these allegations, the DEPARTMENT OF PROFESSIONAL REGULAITON of the State of Illinois, by Michael J. Lyons, its Chief of Medical Prosecutions, prays that the Physician and Surgeon license of Joseph M. Mercola, D.O. be suspended, revoked, or otherwise disciplined.

DEPARTMENT OF PROFESSIONAL REGULATION
of the State of Illinois

BY: _____
MICHAEL J. LYONS
Chief of Medical Prosecutions

Norman J. Lasko
Attorney for the Department
of Professional Regulation
of the State of Illinois
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601

Page 4 of 4

L· 0007

STATE OF ILLINOIS
DEPARTMENT OF PROFESSIONAL REGULATION

| | | |
|---|---|---|
| DEPARTMENT OF PROFESSIONAL REGULATION of the State of Illinois, | ) ) ) ) | |
| Complainant, | ) | |
| v. | ) | No. 2001-04904-1 |
| JOSEPH M. MERCOLA, D.O. License No. 036-06066597, | ) ) ) ) | |
| Respondent. | ) | |

### APPEARANCE

NOW COMES the law firm of AUGUSTINE, KERN, AND LEVENS, LTD., and enters its appearance as Attorneys of Record for JOSEPH M. MERCOLA, D.O., Respondent, in the above-named cause.

Respectfully submitted,

Augustine, Kern and Levens, Ltd.

_____
Algis Augustine

Augustine, Kern and Levens, Ltd.
218 North Jefferson, Suite 202
Chicago, Illinois 60661
Phone: (312)648-1111
Fax: (312)648-1057

RECEIVED DEPARTMENT OF PROFESSIONAL REGULATION 04 JUN 18 PM 3: 44 ADJUDICATIVE SERVICES

CL0008

)                                              )

## PROOF OF SERVICE

    I, Algis Augustine, an attorney, hereby certify that I caused a true and correct copy of the foregoing "Appearance" to be mailed via first class U.S. mail, this 17th day of June, 2004, to:

Mr. Norman Lasko, Attorney
Department of Professional Regulation
100 West Randolph Street, Suite 9-300
Chicago, Illinois 60601

Adjudicative Services
Department of Professional Regulation
100 West Randolph Street, Suite 9-300
Chicago, Illinois 60601

                                               Algis Augustine

Augustine, Kern and Levens, Ltd.
218 North Jefferson, Suite 202
Chicago, Illinois 60661
Phone: (312)648-1111
Fax: (312)648-1057

STATE OF ILLINOIS
DEPARTMENT OF PROFESSIONAL REGULATION

DEPARTMENT OF PROFESSIONAL )
REGULATION of the State of )
Illinois, )
 )
 Complainant, )
v. ) No. 2001-049\[...\]
 )
JOSEPH M. MERCOLA, D.O. )
License No. 036-06066597, )
 )
 Respondent. )

## MOTION FOR ADDITIONAL TIME

NOW COMES JOSEPH M. MERCOLA, D.O., by Augustine, Kern and Levens, Ltd., his attorneys, and moves for additional time within which to answer or otherwise plead to the Administrative Complaint filed in the above-referenced matter, and as grounds therefore, states as follows:

1. Respondent recently retained Augustine, Kern and Levens, Ltd. to represent him in this matter.

2. Respondent is scheduled to answer or otherwise plead on or before July 1, 2004.

3. Counsel is filing its appearance in this matter on even date hereof.

4. Chief counsel on the case, Al Augustine, will be out of the country from June 17, 2004, until June 29, 2004, and will therefore not be able to meet with Respondent prior to the current due date to answer or otherwise plead.

5. Therefore, Counsel requires additional time within which to review the matter and discuss the case with Respondent.

6. No other party will be prejudiced by the delay.

7. This motion is made not for the purpose of delay but for the

reasons set forth herein, in the best interest of fairness and justice

WHEREFORE, based upon the foregoing, Respondent moves for additional time within which to answer or otherwise plead to the Complaint.

                            Respectfully Submitted,

                            JOSEPH M. MERCOLA, D.O., Respondent

                            By his attorneys, Augustine, Kern and Levens, Ltd.

                            _____
                            Algis Augustine

## PROOF OF SERVICE

I, Algis Augustine, hereby certify that I caused a true and correct copy of the foregoing "Motion to Continue" to be mailed via first class U.S. Mail, postage prepaid, to Mr. Norman J. Lasko, Attorney for the Department of Professional Regulation, and to Adjudicative Services, both at State of Illinois Center, 100 West Randolph, Ninth Floor, Chicago, Illinois 60601, on the 17th day of June, 2004.

                            _____
                            Algis Augustine

Augustine, Kern and Levens, Ltd.
218 North Jefferson, Suite 202
Chicago, Illinois 60661
Phone: (312)648-1111
Fax: (312)648-1057

## STATE OF ILLINOIS
## DEPARTMENT OF PROFESSIONAL REGULATION

DEPARTMENT OF PROFESSIONAL REGULATION )
of the State of Illinois,     Complainant     )
                        vs.                                           )    No. 2001-04904-1
JOSEPH M. MERCOLA, D.O.                     )
License No.: 36-06066597     Respondent     )

### ORDER

This matter coming before the Chief Administrative Law Judge on A Motion for Additional Time filed on June 18, 2004, and the Administrative Law Judge being fully advised:

IT IS HEREBY ORDERED as follows:

1. The Respondent is allowed to July 30, 2004 to answer or otherwise plead.
2. The Preliminary Hearing date remains at August 23, 2004, 9:30 am at the Department's Chicago offices.

Dated: June 22, 2004

_[signature]_
Bettina Gembala
Chief Administrative Law Judge

Copy:

     Algis Augustine
     Augustine, Kern and Levens, Lts.
     218 North Jefferson, Suite 202
     Chicago, IL 60661

Cc.     Mr. Norman Lasko
        Attorney for Department

CC0012